**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jason Eric Rader,

    Petitioner,

          v.                                      Case No.  1:13cv056

Warden, Warren Correctional
Institution,                                    Judge Michael R. Barrett

    Respondent.

## ORDER

      This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 8, 2014 (Doc. 8).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 8) in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 8) have been filed.

      Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 8) of the Magistrate Judge is hereby **ADOPTED.**  The Petitioner's Petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice.  Any request for certificate of appealability or request to appeal *in forma pauperis* would not be taken in good faith and would be denied.

      **IT IS SO ORDERED.**

                                                         *s/Michael R. Barrett*
                                                         Michael R. Barrett
                                                         United States District Judge